UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00339-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RICKY LEE BURKHALTER,

        Defendant.

_____

## ORDER
_____

This matter has come before the Court on Defendant's Unopposed Motion to Allow the State of Colorado to Obtain a Copy of Defendant's Federal Presentence Report **(#31)**. Having been advised, this Court

        ORDERS that:

        Defense counsel may provide a copy of the federal presentence report to the defendant's State Public Defender in El Paso County. The copy will not be further copied or disseminated.

        DATED this 15th day of March 2006.

                                         **BY THE COURT:**

                                         *Marcia S. Krieger*
                                         _____

                                         Marcia S. Krieger
                                         United States District Judge